JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMON MORALES, | Case No. CV 21-1485-DSF (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: June 24, 2021

/s/ Dale S. Fischer
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE